# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CAMERON OLIVER                                                                     PLAINTIFF

V.                          CASE NO. 2:17-CV-182-BSM-BD

MIKE BARSHANE, et al.                                                            DEFENDANTS

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the Court Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.   Discussion:**

Plaintiff Cameron Oliver, who is currently being held at the Cross County Detention Center, filed this lawsuit on October 11, 2017. (Docket entry #1) Mr. Oliver was ordered to submit a completed application to proceed *in forma pauperis* (IFP) or pay the filing fee within 30 days of October 12, 2017. (#2) To date, he has failed to comply with the Court's October 12, 2017 Order, and the time for doing so has passed. The Court

specifically cautioned Mr. Oliver that his claims could be dismissed if he failed to comply with the Court's Order.

## III.    Conclusion:

The Court recommends that Mr. Oliver's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 12, 2017 Order requiring him to address the filing fee requirement.

IT IS SO ORDERED, this 14th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE