# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**CAMERON OLIVER**                                                                                  **PLAINTIFF**

**v.**                 **CASE NO. 2:17-CV-00182 BSM**

**MIKE BARSHANE, et al.**                                                   **DEFENDANTS**

### ORDER

The recommended disposition [Doc. No. 3] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been submitted. After careful consideration, the recommended disposition is adopted in its entirety. Accordingly, plaintiff Cameron Oliver's claims are dismissed without prejudice for failure to comply with the October 12, 2017, order directing him to pay an initial filing fee or submit an application to proceed *in forma pauperis*.

IT IS SO ORDERED this 2nd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE