# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**CAMERON OLIVER**                                                                      **PLAINTIFF**

**v.**                              **CASE NO. 2:17-CV-00182 BSM**

**MIKE BARSHANE, et al.**                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE